**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 29, 2007

# NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style: Sanford Baker vs. Janet Hicks, et al**
**Case Number: 2:07cv256-WHA**

**Pleading : #1-Complaint**

**Notice of Correction is being filed this date to advise that the referenced pleading was docketed on 3/23/07 without the signature page attached.**

**The corrected pdf document is attached to this notice.**

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Sanford Baker 199405
Full name and prison number
of plaintiff(s)

v.

E T A L
Janet Hicks
Horace Burton
John Cummins
Debra Martin

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

RECEIVED
2007 MAR 23 A 9:34

A.P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

CIVIL ACTION NO. 2:07CV256-WHA
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____



SCANNED
CS 32307

1

3. Docket number _____

4. Name of judge to whom case was assigned _____
   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  F.L.Y.C
Frank Lee Youth Center 5375 Ingram Rd

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED  F.L.Y.C
Frank Lee Youth Center 5375 Ingram Rd

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Horace Burton | |
| 2. Janet Hicks | |
| 3. John Cummins | |
| 4. Debra Martin | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____
Nov. 30-06

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: That This Is A personal matter against me.

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

There were at least 7 to 10 other people in the shower at the time, that ~~~~ wasn't supposed to be in there until 4:00 pm and she only wrote me up

GROUND TWO: I was a bread-Baker at the time of the incident

SUPPORTING FACTS: I was told by the Chief Steward that I could take a shower after 2:00 Pm because of my position in the Kitchen.

GROUND THREE: I've been a Bread-Baker here for 13 months before she wrote me up.

SUPPORTING FACTS: I've been taking showers after 2:00 pm and she has never said anything to me about it.

3

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like to have this citation Removed from my Record.

_Sanford Boder_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3-26-07
(Date)

_Sanford Body_
Signature of plaintiff(s)

2:07CV256-WHA



Sanford Baker 199408-A-25
F.L.V.C
P.O. Box 220410
Deatsville, AL
36022

United States District Court
Middle District of Alabama
Office of the Clerk
P.O. Box 711
Montgomery, AL 36101-0711