IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

2007 MAR 30 A 9:43

DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Sanford Baker )
_____ )
_____ )
_____ )
_____ )
Plaintiff(s)    )
                )
v.              )     2:07cv256-WHA
                )
Janet Hicks, Et Al., )
Frank Lee Youth Center )
_____ )
_____ )
Defendant(s)    )

**MOTION TO PROCEED *IN FORMA PAUPERIS***

Plaintiff(s) __Sanford Baker__

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

__Sanford Baker__
Plaintiff(s) signature

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

For the middle _____ District of _Alabama_

Sanford Baker 199408
Plaintiff

V.

Janet Hicks, Et Al,
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 2:07-CV-256-WHA

I, Sanford Baker, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration  Frank Lee Youth Center

    Are you employed at the institution? N/A   Do you receive any payment from the institution? N/A

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☑ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes    ☐ No
    b. Rent payments, interest or dividends             ☐ Yes    ☐ No
    c. Pensions, annuities or life insurance payments   ☐ Yes    ☐ No
    d. Disability or workers compensation payments      ☐ Yes    ☐ No
    e. Gifts or inheritances                            ☐ Yes    ☐ No
    f. Any other sources                                ☑ Yes    ☐ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

From Family member

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

3-24-07                    Sanford Butn 199408
_____                _____
Date                       Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
FRANK LEE YOUTH CENTER

AIS #: 199408        NAME: BAKER, SANFORD                    AS OF: 03/28/2007

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| MAR | 3 | $1.28 | $0.00 |
| APR | 30 | $1.17 | $15.00 |
| MAY | 31 | $0.11 | $0.00 |
| JUN | 30 | $0.11 | $0.00 |
| JUL | 31 | $0.11 | $0.00 |
| AUG | 31 | $0.11 | $0.00 |
| SEP | 30 | $0.11 | $0.00 |
| OCT | 31 | $0.11 | $0.00 |
| NOV | 30 | $0.11 | $0.00 |
| DEC | 31 | $6.49 | $25.00 |
| JAN | 31 | $1.27 | $0.00 |
| FEB | 28 | $5.06 | $25.00 |
| MAR | 28 | $6.98 | $30.00 |

Sanford Rd
L.Y.C
P.O. Box 220410
Deatsville, AL 36022

MONTGOMERY AL 361
28 MAR 2007 PM 2 T

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711

36101+0711 B007