In The United States District Court For The Southern Division

Sanford Baker # 199408
    Plaintiff
    VS                                2:07-CV-256-WHA
Janet Hicks Et Al,                        (WO)
    Defendants

RECEIVED
2007 MAY 21 A 9:45
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Statement Of Objection To Magistrate Judge

Sanford Baker, I The Plaintiff By The Filing Of This Written Objection would Like To serve Judical notice in The Court. In civil Action 2:07-CV-256-WHA (WO) You've ask for more Incidents or witnesses, I've got witnesses, but They are afraid to come forward because OF the Defendants retaliation. Plus I would like For you to check out The Defendants work history as a D.O.C. Officer, It will show That she's done this before to other Inmates. Furthermore If you allow my case to be refused, That would show that these Officers can get away with hurting a Inmate even if he's in the right. Thank you

Sincerely Submitted
Sanford Baker #199408
Frank Lee Youth Center
P.O. Box 220410
Deatsville, AL 36022

Buford Baxter Isaacs-O-18A
FLYd
P.O. Box 33410
Deatsville, AL 36022

Offic of The clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711

36101+0711



MONTGOMERY AL 361
18 MAY 2007 PM 2 L