IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SANFORD BAKER, #199408,   )
            )
    Plaintiff,    )
            )
vs.          )  CIVIL ACTION NO. 2:07cv256-WHA
            )
JANET HICKS, et al.,    )
            )
    Defendants.   )

## **ORDER**

Upon an independent evaluation of this case, including the Recommendation of the

Magistrate Judge (Doc. #7), entered on May 10, 2007, and the Plaintiff's Objection (Doc. #8),

filed on May 21, 2007, the court finds the objection to be without merit, and it is hereby

overruled. The court adopts the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that Plaintiff's Complaint is DISMISSED with prejudice prior to service of

process pursuant to 28 U.S.C. § 1915(e)(B)(i-ii). Final Judgment will be entered accordingly.

DONE this 5th day of June, 2007.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE