```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001389
Cashier ID: cstrecke
Transaction Date: 12/05/2007
Payer Name: FRANK LEE YOUTH CENTER
------------------------------------
PLRA CIVIL FILING FEE
  For: SANFORD BAKER
  Case/Party: D-ALM-2-07-CV-000256-001
  Amount:         $10.00
------------------------------------
CHECK
  Remitter: FRANK LEE YOUTH CENTER
  Check/Money Order Num: 5884
  Amt Tendered:   $10.00
------------------------------------
Total Due:        $10.00
Total Tendered:   $10.00
Change Amt:        $0.00
```

DALM207CV000256-WHA

FRANK LEE YOUTH CENTER

FOR SANFORD BAKER

P O BOX 220410

DEATSVILLE, AL  36022