```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003131
Cashier ID: cstrecke
Transaction Date: 01/08/2008
Payer Name: FRANK LEE YOUTH CENTER
---------------------------------
PLRA CIVIL FILING FEE
 For: SANFORD BAKER
 Case/Party: D-ALM-2-07-CV-000256-001
 Amount:         $12.40
---------------------------------
CHECK
 Remitter: FRANK LEE YOUTH CENTER
 Check/Money Order Num: 5981
 Amt Tendered:  $12.40
---------------------------------
Total Due:      $12.40
Total Tendered: $12.40
Change Amt:     $0.00
```