```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004280
Cashier ID: brobinso
Transaction Date: 03/12/2008
Payer Name: FRANK LEE YOUTH CENTER
----------------------------------------
PLRA CIVIL FILING FEE
 For: SANFORD BAKER
 Case/Party: D-ALM-2-07-CV-000256-001
 Amount:         $9.60
----------------------------------------
CHECK
 Check/Money Order Num: 6295
 Amt Tendered: $9.60
----------------------------------------
Total Due:      $9.60
Total Tendered: $9.60
Change Amt:     $0.00
```